UNITED STATES et al. *v.* WILSON & CO., INC., ET AL.

No. 56. Decided January 31, 1966.

*Solicitor General Marshall* for the United States et al.

*Howard J. Trienens* for respondents American Telephone & Telegraph Co. et al.

PER CURIAM.

The joint motion of counsel to remand is granted and the case is remanded to the United States Court of Appeals for the Seventh Circuit in order to permit the entry of a decree of restitution in accordance with the agreement of the parties.

BECK *v.* McLEOD, ATTORNEY GENERAL OF SOUTH CAROLINA.

No. 770. Decided January 31, 1966.

*Samuel C. Craven* for appellant.

*Daniel R. McLeod,* Attorney General of South Carolina, and *Everett N. Brandon,* Assistant Attorney General, for appellee.

PER CURIAM.

The judgment is affirmed.